That part of the decree fixing the fees of claimants and directing their payment out of the property-settlement money to be paid plaintiff, is reversed.

*Reversed.*

TUOHY, P. J., and FEINBERG, J., concur.

Dorothea L. Bartzen, Plaintiff, v. Joseph Raymond Bartzen, Defendant.

**Gen. No. 10,349.** 

Raymond G. Zack, for appellant; J. E. Bairstow, of counsel; Snyder, Clarke & Dalziel, for appellee; Daniel J. Dalziel, of counsel. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full. Opinion filed January 10, 1950; released for publication February 9, 1950.

Donald F. Rogers, Appellant, v. Irene C. Enzinger, Appellee.

**Gen. No. 10,365.** 

